# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

138080

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CARL MICHAEL DAVIS,
        Plaintiff-Appellant,

v

JACKIE L. WILLIAMS, KATHY'S TRUCKING
COMPANY, INC., O&I TRANSPORT, INC., and
O&I TRANSPORT OF MICHIGAN, INC.,
        Defendants-Appellees.

SC: 138080
COA: 278713
Washtenaw CC: 05-001378-NI

_____/

On order of the Court, the application for leave to appeal the December 4, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

_____
Clerk

p0916